James R. YOCOM, Commissioner of Labor and Custodian of the Special Fund, and Duke Coal Company, Appellants,

v.

Add POLLY and Workmen's Compensation Board of Kentucky, Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Robert D. Hawkins, Arthur R. Samuel, Frankfort, Gayle G. Huff, Harlan, for appellants.

Richard D. Cooper, Hazard, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

James R. YOCOM, Appellant,

v.

Grant NORMAN, Peerless Coal Company, et al., Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Earl Cornett, Frankfort, for appellant.

Lawrence R. Webster, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

Homer Gray LEE and wife, Margurite Lee, et al., Appellants,

v.

F. A. DINNING, Executor of Estate of S. Guy Roark, Deceased, et al., Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

R. Lee Steers, Jr., Franklin, for appellants.

Charles E. English, Harlin, Parker, Lucas & English, Bowling Green, for appellees.

Memorandum Opinion of the Court by Special Commissioner MACAULEY SMITH, Affirming.*

Frank MARTIN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Riley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.